

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00254-CV

IN RE JAVIER CAHUE, Relator     §     Original Proceeding

§     County Court at Law No. 3 of
      Tarrant County, Texas

§     Trial Court No. 2019-004706-3

§     September 15, 2020

§     Opinion by Justice Gabriel

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order consolidating Javier Cahue's case into cause number 2019-004706-3. Our August 18, 2020 order staying the trial court's consolidation order will be automatically lifted when the trial court vacates the consolidation order.

It is further ordered that Real Parties in Interests shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel